# UNITED STATES DISTRICT COURT
for the
Southern District of California

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No.
Instagram - 1601 Willow Road, Menlo Park, CA 94025 )
For Records to Instagram User ID: )
https://www.instagram.com/zexybastard/ )

FILED
OCT 25 2017

17MJ4005

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____Northern_____ District of _____California_____ *(identify the person or describe property to be searched and give its location):* see Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):* see Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___18___ U.S.C. § ___922(g)(3)___, and the application is based on these facts: See attached affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*
Sean D. Becker, ATF Special Agent
~~Stirling Campbell, HSI Special Agent~~
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/25/17

*Judge's signature*

City and state: San Diego, CA          William V. Gallo, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Sean Becker, being duly sworn, declare and state:

## INTRODUCTION

1. This affidavit supports an application to search the following Instagram account associated with Francisco ALVAREZ ("ALVAREZ"):

   a. https://www.instagram.com/zexybastard/, Instagram Account "@zexybastard" ("**Target Account**") more particularly described in Attachment A, incorporated herein.

2. Based on the information below, I have probable cause to believe that the **Target Account** described in paragraph 1 and Attachment A constitute evidence, and instrumentalities of violations of federal criminal law, namely, Possession of a Firearm by a User/Addict, 18 U.S.C. § 922 (g)(3) and Possession of a Controlled Substance U.S.C. § 844, (the "SUBJECT OFFENSES").

3. The evidence to be searched for and seized is described in Attachment B, incorporated herein. The **Target Account** is currently in the possession of Instagram LLC, Security Department- Custodian of Records, Instagram located at 1601 Willow Road, Menlo Park, CA 94025.

4. In preparing this affidavit, I have conferred with other agents and law enforcement personnel who are experienced in the area of possession of firearms and controlled substances, and the opinions stated below are shared by them. Further, I have personal knowledge of the following facts or have had them related to me by persons mentioned in this affidavit, or have reviewed reports created by them. Because this affidavit is made for the limited purpose of obtaining a search warrant for the **Target Account**, it does not contain all of the information known by me or other federal agents regarding this investigation, but only contains those facts believed to be necessary to establish probable cause. Dates and times are

Page 1

approximate.

## EXPERIENCE AND TRAINING

**5.** I am a Special Agent ("SA") with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have been so employed since July 2014. Before joining ATF, I was employed as a Police Officer and Narcotics Detective for the St. Louis County Police Department for approximately seven and a half years. I am currently assigned to the ATF San Diego Field Office. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator's Training Program, the St. Louis County and Municipal Police Academy, and the ATF National Academy's Special Agent Basic Training Program. I am also a graduate of the Drug Enforcement Administration Taskforce Officer Training Program. As an ATF Special Agent, I have received formal and informal training in federal firearms and drug laws. I have written affidavits for search warrants and complaints that have yielded evidence of state and federal criminal violations. Pursuant to 18 U.S.C. § 3051, I am empowered to enforce criminal laws of the United States.

6. During a variety of investigations, I have become very familiar with Instagram and other social media sites. I have examined Instagram profile pages during these investigations and I have learned that persons involved possession of firearms and controlled substances often use social media sites to document their criminal activities. Based upon my training, experience, and communications with other law enforcement officers, I have learned how to locate persons engaged in illicit possession of firearms and controlled substances who use social media sites to document their criminal activities.

## BACKGROUND

7. Instagram is a corporation headquartered in Menlo Park, California.

Instagram owns and operates a free-access social networking website of the same name that can be accessed at http://www.instagram.com. Instagram allows its users to establish accounts with Instagram, and users can then use their accounts to share photographs, videos, and other information with other Instagram users, and sometimes with the general public.

8. Instagram asks users to provide basic contact and personal identifying information to Instagram, either during the registration process or thereafter. This information may include the user's full name, birth date, gender, contact e-mail addresses, Instagram passwords, Instagram security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

9. Instagram user can also directly with individual Instagram users by sending each user a "Follow Request." If the recipient of a "Follow Request" accepts the request, then the two users will become "Followers" for purposes of Instagram and can exchange communications or view information about each other. Each Instagram user's account includes a list of that user's "Followers" and a "Stories Feed," which highlights information about the user's "Followers," such as profile changes, upcoming events, and user stories.

10. Instagram users can select different levels of privacy for the communications and information associated with their Instagram accounts. By adjusting these privacy settings, an Instagram user can make information available only to himself or herself, to particular Instagram users, or to anyone with access to the Internet, including people who are not Instagram users. Instagram accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Instagram.

11. Instagram allows users to upload photos and videos, which may

include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Instagram users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Instagram's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

12. Instagram users can exchange private messages on Instagram with other users. These messages, which are similar to text messages, are sent to the recipient's "Direct Message" on Instagram, which also stores copies of messages sent by the recipient, as well as other information. Instagram users can also post comments on the Instagram profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Instagram has a Direct Message feature that allows users to send and receive instant messages through Instagram. These chat communications are stored in the Direct Message history for the account.

13. Instagram also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Instagram, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views an Instagram profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

14. Social networking providers like Instagram typically retain additional information about their users' accounts, such as information about the length of

service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Instagram users may communicate directly with Instagram about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Instagram typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

15. As explained herein, information stored in connection with an Instagram account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, an Instagram user's "Neoprint," IP log, stored electronic communications, and other data retained by Instagram can indicate who has used or controlled the Instagram account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Instagram account at a relevant time. Further, Instagram account activity can show how and when the account was accessed or used. For example, as described herein, Instagram logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information

allows investigators to understand the geographic and chronological context of Instagram access, use, and events relating to the crime under investigation. Additionally, Instagram builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Instagram "followers" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Instagram account owner. Last, Instagram account activity may provide relevant insight into the Instagram account owner's state of mind as it relates to the offense under investigation. For example, information on the Instagram account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

16. Therefore, the computers of Instagram are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Instagram, such as account access information, transaction information, and other account information.

## FACTS SUPPORTING PROBABLE CAUSE

### Association of Target Account to ALVAREZ

17. From October 1, 2017, agents viewed the **Target Account**. Agents viewed photographs from the **Target Account** and learned **Target Account** was associated with the moniker "zexybastard."

18. Agents reviewed ALVAREZ's California driver's license photograph, and photos viewed on the **Target Account**. Agents believe that the person in the photos from the **Target Account** is ALVAREZ.

19. Several of the Instagram posts from the **Target Account** were signed with ALVAREZ's initials "FGA" [Francisco German ALVAREZ] or his first

name "Francisco."

**Instagram Postings – Possession of a Firearm and Marijuana**

20.     Also on October 1, 2017 through October 4, 2017, agents viewed **Target Account** and found several pictures indicating that ALVAREZ was in possession of firearms while being addicted to a controlled substance:

    a.     On or about September 14, 2017, ALVAREZ posted on his Instagram account a photo of what appears to be an AR-15 variant rifle with a large capacity drum magazine attached containing ammunition with the statement "When you got more fire than a MF.  This M4 of mine getting that semi, burst & full-auto treatment.  Gonna pick it back up on 09/19/17, til then got my other AR-15, my many other joints (& a couple of my dimes just because.  Enjoy ☺."  ALVAREZ included several "hashtags" following the post referencing marijuana and firearms including, "#M4," "#420," "#ArmorPiercingLvl4," "#Stoner," "#LitAF," "#Cannabis," "#TrillAF," "#CannabisCommunity," "#InsaneinthaBrain," "StonersWithArsenals," "#Weedstagram," "#Weed," "#MMJ," and "Ganja."  ALVAREZ "signed" the post with "Francisco."

    b.     On or about October 1, 2017, ALVAREZ posted on his Instagram account a photo of what appears to be 3 pistols, one revolver, one pistol grip pump action shotgun and several rounds of ammunition.  Within the photo is a tag of ALVAREZ's Instagram profile name "IG:@zexybastard" and "A FEW TOOLS OF THE TRADE" with the statement "A Few Tools of My Trade & The Only Reason I Will Share As To Why I Didn't Get Smoked Or Locked Up When I Got Swatted Recently... Thanks MF Snitch-Ass Haters!  "I Would Rather Die Standing Than To Live Life On My Knees."  He then signed the post "FGA" [Francisco German ALVAREZ].

   c. Within the past several months, numerous marijuana related photographs and posts were posted on the **Target Account** to include a photograph posted on the account of ALVAREZ holding water bong pipe with what appears to be a marijuana cigarette in it. Within the photo is tag of ALVAREZ's Instagram profile name "IG@zexybastard" with the statement "HAPPYWEEKEND !! Anyone want to partake of #skywalkerOG + Herijuana + #Hash Joint? Pull Up a Chair, Friend".

**Federal Search Warrant**

  21. On October 4, 2017, agents served a federal search warrant at 5830 Blacksmith Road, Bonita, CA 91902, based on its investigation of ALVAREZ. During the search, agents encountered and interviewed ALVAREZ at the residence and he admitted to possessing firearms while "frequently" using marijuana.

  22. Agents also interviewed ALVAREZ's immediate family members to include his mother (Julietta Alvarez), youngest brother (Edward Alvarez), and father (German Alvarez). During separate interviews, all the previously listed family members advised agents ALVAREZ has used marijuana for past several months.

  23. Agents also seized three firearms and ammunition from ALVAREZ's bedroom including: 1) a Ruger, Model: P89, 9 mm pistol bearing serial number 304 41525; 2) Nischo-KG. Erlangen-SML, Model: 11, 9mm pistol bearing number 125248 loaded with five (5) rounds of 9mm ammunition; 3) Colt, Model: Python, .357 caliber revolver bearing serial number 21638E containing one (1) .357 ammunition casing; 4) Five (5) plastic, metal, and cardboard containers containing approximately 22 grams of suspected marijuana and THC based substances; 5) Two (2) glass pipes containing burnt marijuana residue.

  24. I believe ALVAREZ is prohibited from possessing a firearm as documented by his admission to frequent marijuana use, items seized, and through

Substance U.S.C. § 844 will be found at the premises to be searched as provided in Attachment A.

    I swear the foregoing is true and correct to the best of my knowledge and belief.

*[signature]*

Sean D. Becker
Special Agent, ATF


Subscribed and sworn to before me this 25 day of October, 2017.

*[signature]*

United States Magistrate Judge
**WILLIAM V. GALLO**

Page 11

## ATTACHMENT A

This warrant applies to information following Instagram account associated with Francisco ALVAREZ ("ALVAREZ"):

    a.    htttps://www.instagram.com/zexybastard/, Instagram Account "@zexybastard" ("**Target Account**");

The "**Target Account**," that are stored at premises owned, maintained, controlled, or operated by **Instagram LLC, Security Department- Custodian of Records, Instagram located at 1601 Willow Road, Menlo Park, CA 94025.**

# ATTACHMENT B

I. Service of Warrant

The officer executing the warrant shall permit Instagram, as custodian of the computer files described in Section II below, to locate the files relevant to Attachment A, incorporated herein, and copy them onto removable electronic storage media and deliver the same to the officer or agent in the manner set forth in the Affidavit, incorporated herein.

II. Information to be disclosed by Instagram

To the extent that the information described in Attachment A is within the possession, custody, or control of Instagram Inc. ("Instagram"), including any messages, records, files, logs, or information that have been deleted but are still available to Instagram, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Instagram is required to disclose the following information to the government for each user ID listed in Attachment A:

    a. All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Instagram passwords, Instagram security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

    b. All activity logs for the account and all other documents showing the user's posts and other Instagram activities;

    c. All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

    d. All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; followers lists, including the followers' Instagram user identification